UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2007

CASE NUMBER: CV 07-03425 EDL
CASE TITLE: NORCA INDUSTRIAL-v-ROBERT WREN

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable** WILLIAM H. ALSUP for all further proceedings.

Counsel are instructed that all future filings shall bear the initials WHA immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/2/07

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 7/2/07 AS


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA