ORIGINAL FILED
07 JUL -2 AM 10: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  R. SCOTT ERLEWINE (State Bar No. 095106)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff
   NORCA INDUSTRIAL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual; <br><br> Defendants. | CASE NO. C 07 3425 EDL <br><br> **DECLARATION OF COUNSEL RE EX PARTE NOTICE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** <br><br> Date: July 2, 2007 <br> Time: 10:00 a.m. <br> Room: Clerk's Office, 16th Flr. |

R. SCOTT ERLEWINE declares:

1. I am a member of Phillips, Erlewine & Given LLP, counsel for defendant Norca Industrial LLC (hererafter "Norca") in this action. The facts set forth in this declaration are based upon my personal knowledge, except where stated to be on information and belief, and as to those, I believe it to be true.

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

COUNSEL DECL. RE EX PARTE NOTICEISO APP. FOR TRO/PREL. INJ. - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\rse-notice-decl-063007.wpd

2. This action was filed on June 29, 2007. The summons and complaint were sent out for service that afternoon. That afternoon, I was informed by our process server that he had personally served defendants Robert Wren (individually and on behalf of Primrose Metals, Inc.) and Victoria Picolotti with the summons and complaint.

3. On or about 19, 2007, Norca received a letter from Stuart Clark, Esq., stating that he represents Robert Wren and Primrose, Inc. On June 29, 2007, I faxed to Mr. Clark letters notifying him of this Application and providing him with the complaint. Attached hereto as Exhibits A and B are true and correct copies of those letters.

4. On the afternoon of June 29th, I received a telephone call from an attorney named Robin McConnell. She informed me that she will be representing Mr. Wren in this action and would be appearing at the *ex parte* application hearing on July 2, 2007. Later that afternoon, I received an email from Ms. McConnell advising that another attorney from her office, Brent Finch, Esq., will instead be attending instead and requesting that I send the application papers to her colleagues, Mr. Finch and John Cha, Esq. Attached hereto as Exhibit C is a true and correct copy of that email.

5. On June 29, 2007, I e-mailed copies of the Declarations of Salim Bahar, Robert Blumenkrantz and Counsel in support of this Application to Ms. McConnell, Mr. Finch and Mr. Cha. On July 1, 2007, I e-mailed copies of the Notice of Application, Proposed Order and Memorandum to them as well. Attached hereto as Exhibit D are true and correct copies of those e-mails.

6. On June 30, 2007, I received an e-mail from Mr. Clark requesting that I forward the application papers to him. On June 30, 2007, I e-mailed copies of the Declarations of Salim Bahar, Robert Blumenkrantz and Counsel in support of this Application to Mr. Clark. On July 1, 2007, I e-mailed copies of the Notice of Application, Proposed Order and Memorandum to him as well. Attached hereto as Exhibit E are true and correct copies of those e-mails.

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

COUNSEL DECL. RE EX PARTE NOTICE ISO APP. FOR TRO/PREL. INJ. - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\rse-notice-decl-063007.wpd

2

7. On June 30, 2007, I called a Richard Raybin's telephone number and left a message notifying him of this Application. That same day, I received a return call from Mr. Raybin, who advise me that he was already aware of our lawsuit and that Mr. Clark would be representing him at the *ex parte* hearing on July 2, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ~~June~~ July 2, 2007

R. Scott Erlewine

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

COUNSEL DECL. RE EX PARTE NOTICEISO APP. FOR TRO/PREL. INJ. - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\rse-notice-decl-063007.wpd

3

# PHILLIPS, ERLEWINE & GIVEN LLP

ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 398-0900
FAX (415) 398-0911
WWW.PHILLAW.COM

R. SCOTT ERLEWINE
rse@phillaw.com

June 29, 2007

**VIA FACSIMILE**

Mr. Stuart C. Clark, Esq.
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

Re:   Norca v. Wren, et. al.

Dear Mr. Clark:

We represent Norca Industrial LLC ("Norca"). We are directing this letter to you, as counsel for Robert Wren and Primrose Metals, Inc.

We are today filing on behalf of Norca a lawsuit against Robert Wren, Primrose Metals, Inc., Richard Raybin, Lifetime Capital Group and Victoria Picolotti in the United States District Court located at 450 Golden Gate Avenue, 16th floor, San Francisco, California, 94102. Norca will be filing this lawsuit alleging claims for misappropriation of trade secrets, unfair competition, breach of fiduciary duty, breach of duty of loyalty, intentional interference with advantageous business relationship, intentional interference with prospective economic advantage and misappropriation of employer property.

**This is notice that at approximately 10:00 a.m. on Monday, July 2, 2007 at the above-referenced location, Norca will be making an *ex parte* application for a temporary restraining order, order to show cause re: entry of a preliminary injunction and for permission to conduct expedited discovery.**

Norca will be asking the court to enjoin and restrain Mr. Wren, Primrose Metals and the other defendants, including any officer, agent, representative and/or employee of thereof, and any of their agents, servants, employees, attorneys or entities working with them, and those in active concert and participation with them, from directly or indirectly:

   a.   contacting, obtaining quotes, contracting with, accepting deliveries from or doing business with Changwon (now "Posco Specialty Steel Co. Ltd.") directly or through intermediaries;

S:\Clients\Norca\8049.15 (Wren)\ltr\rse-clark-062707.wpd

**EXHIBIT A**

Stuart C. Clark, Esq.
June 29, 2007
Page 2

    b.    disseminating, disclosing or using for any purpose plaintiff's confidential and proprietary information and/or trade secrets including, but not limited to:

        i.    NORCA's pricing information, pricing strategies, pricing formulation methods and profit margins;

        ii.    NORCA's proprietary credit insurance program;

        iii.    The list of manufacturing facilities used by NORCA and the specific contact person at each; the identities of the intermediaries used by NORCA to contact and negotiate with each such facility and the specific contact person for each; the credit, payment terms, shipping, insurance and other requirements demanded or accepted by each such facility; and NORCA's evaluation of the expertise, competence and reliability of each facility to manufacture particular types of products to specification in a timely fashion;

        iv.    The list of NORCA's customers and the specific contact names for each, the product specifications and requirements for each and NORCA's working knowledge of the decision-making process for each customer;

        v.    NORCA's proprietary software, which contains, among other things, NORCA's entire "trading package" with respect to the non-boiler tube business.

    c.    contacting the companies on NORCA's confidential list of customers and suppliers;

    d.    representing that defendants, or any of them, have "replaced" NORCA or referring to NORCA's customers and/or suppliers as defendants';

    e.    quoting, entering into or performing any contract derived from a request for quote predating defendant WREN's termination;

    f.    using the telephone and facsimile numbers (650) 344-3291 and (650) 344-9241 or representing that these numbers belong to defendants;

Stuart C. Clark, Esq.
June 29, 2007
Page 3

    g.    publishing any of the text appearing on www.NORCA.com or language substantially identical thereto on any website, including but not limited to, www.primrosemetals.com or in any of defendants' advertisements or promotional materials;

    h.    disposing of or destroying any documents, records, files, proposals, invoices, bills, customer lists, contact lists, ledgers, computer files, computer discs, correspondence or other information sources, which contain or may contain any of defendants' information regarding solicitation or servicing of NORCA's customers or suppliers or any of NORCA's confidential and proprietary information and/or trade secrets set forth in subsection (b) above or defendants' use or dissemination thereof.

Our client will also seek an order allowing for immediate discovery in preparation for a preliminary injunction hearing, and to conduct depositions on five court days' notice and to require responses to requests for production of documents served within five court days.

Assuming Norca's application papers are ready, we will have them sent to you via overnight mail for delivery on Saturday, June 30, 2007. Please contact us today if you would like to have them delivered to other than your office or if you would like to have us send them to you electronically. Otherwise, we will have copies available for you at the courthouse on Monday morning.

Very truly yours,

R. Scott Erlewine

RSE/pal
Encl.

# PHILLIPS, ERLEWINE & GIVEN LLP

ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 398-0900
FAX (415) 398-0911
WWW.PHILLAW.COM

R. SCOTT ERLEWINE
rse@phillaw.com

June 29, 2007

**VIA FACSIMILE**

Mr. Stuart C. Clark, Esq.
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

Re: <u>Norca v. Wren, et. al.</u>

Dear Mr. Clark:

Enclosed is a copy of the complaint filed today in the above-referenced action..

Very truly yours,

R. Scott Erlewine

RSE/gag
Encl.

S:\Clients\Norca\8049.15 (Wren)\ltr\rse-clark-062707.wpd

**EXHIBIT B**

**Subject:** FW: Norca
**From:** "Randy Erlewine" <rse@phillaw.com>
**Date:** Sat, 30 Jun 2007 21:48:12 -0700
**To:** <mmb@phillaw.com>


-----Original Message-----
**From:** Robin McConnell [mailto:RMcConnell@srclaw.com]
**Sent:** Friday, June 29, 2007 5:17 PM
**To:** rse@phillaw.com
**Cc:** Brent Finch; John Cha
**Subject:** Norca

Mr. Erlewine -

There has been a change of plans. Brent Finch of our office will be appearing on Monday for the ex parte. Please make sure you email him the ex parte papers ASAP. His information is below. Please also copy John Cha of this office on the email w/ the documents.
Please confirm that you are still planning on overnighting the exhibit portion of your application.

Thank you,

bfinch@srclaw.com
jcha@srclaw.com



**Robin M. McConnell**
**STONE | ROSENBLATT | CHA**
**21550 Oxnard Street**
**Main Plaza - Suite 200**
**Woodland Hills, CA 91367**
**Phone (818) 999-2232**
**Fax (818) 999-2269**
**www.srclaw.com**

The information contained in this e-mail is intended only for the use of the individual entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any review, use, disclosure, distribution, or copying of this communication is prohibited. If you have received this transmission in error, please contact the sender by e-mail and destroy all copies of the original e-mail. Thank you.

# EXHIBIT C

**Subject:** FW: norca  
**From:** "Randy Erlewine" <rse@phillaw.com>  
**Date:** Sun, 1 Jul 2007 00:06:17 -0700  
**To:** <mmb@phillaw.com>

```
-----Original Message-----
From: Randy Erlewine [mailto:rse@phillaw.com]
Sent: Friday, June 29, 2007 6:18 PM
To: Brent Finch; John Cha
Cc: Robin McConnell [RMcConnell@srclaw.com]
Subject: norca


Counsel,

Here are the declarations of Selim Bahar (with separately attached
exhibits), Robert Blumenkrantz and counsel.  These are the substantive
declarations for the application, obviating the need to send them overnight
to you.  I'll e-mail the remaining paperwork tomorrow when it is completed.

Randy Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0900 (tel)
(415) 398-0911 (fax)
```

| Attachment | Content-Type | Content-Encoding |
|---|---|---|
| bahar,decl.pdf | application/pdf | base64 |
| Exhibits A-U REDACTED.pdf | application/pdf | base64 |
| Declaration of Counsel iso Ex Parte App for TRO.pdf | application/pdf | base64 |
| Declaration of Blumenkrantz iso Ex Parte App for TRO.pdf | application/pdf | base64 |

# EXHIBIT D

**Randy Erlewine**

---

| | |
|---|---|
| **From:** | Randy Erlewine [rse@phillaw.com] |
| **Sent:** | Sunday, July 01, 2007 3:57 PM |
| **To:** | Brent Finch; John Cha |
| **Cc:** | Robin McConnell [RMcConnell@srclaw.com] |
| **Subject:** | norca v. wren |

  

mmb-tro-mpa-07-2.pdf  0629mmb-application-tro-062907.v2....  proposed-order-tro-062707.pdf

Counsel,

Attached are plaintiff's application, memorandum and proposed order for tomorrow's ex parte application.

Randy Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0900 (tel)
(415) 398-0911 (fax)

1

**Subject:** FW: Norca v. wren
**From:** "Randy Erlewine" <rse@phillaw.com>
**Date:** Sat, 30 Jun 2007 23:51:38 -0700
**To:** <mmb@phillaw.com>

```
-----Original Message-----
From: Randy Erlewine [mailto:rse@phillaw.com]
Sent: Saturday, June 30, 2007 10:24 AM
To: lgclarx@aol.com; clark@carrferrell.com
Subject: Norca v. wren

Mr. Clark,

Here are the declarations of Selim Bahar (with separately attached
exhibits), Robert Blumenkrantz and counsel.  These are the substantive
declarations for the application.  I'll e-mail the remaining paperwork when
it is completed.

Randy Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0900 (tel)
(415) 398-0911 (fax
```

| | |
|---|---|
| **bahar,decl.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
| **Exhibits A-U REDACTED.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
| **Declaration of Counsel iso Ex Parte App for TRO.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
| **Declaration of Blumenkrantz iso Ex Parte App for TRO.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

**EXHIBIT E**

## Randy Erlewine

**From:** Randy Erlewine [rse@phillaw.com]
**Sent:** Sunday, July 01, 2007 3:59 PM
**To:** lgclarx@aol.com; clark@carrferrell.com
**Subject:** norca v. wren

  

mmb-tro-mpa-07-2.pdf   0629mmb-application-tro-062907.v2....   proposed-order-tro-062707.pdf

Mr. Clark,

Attached are plaintiff's application, memorandum and proposed order for tomorrow's ex parte application.

Randy Erlewine
Phillips, Erlewine & Given LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0900 (tel)
(415) 398-0911 (fax)

1