1  R. SCOTT ERLEWINE (State Bar No. 095106)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff
   NORCA INDUSTRIAL, LLC
6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  NORCA INDUSTRIAL, LLC, a New York      )    CASE NO.    C 07 3425 EDL
    Limited Liability Company,             )
14                                         )
                    Plaintiff,             )    PLAINTIFF NORCA
15                                         )    INDUSTRIAL INC.'S REQUEST
    v.                                     )    FOR SEALING
16                                         )
    ROBERT WREN, an individual; PRIMROSE   )    Date:   July 2, 2007
17  METALS, INC., a California corporation; )    Time:   10:00 a.m.
    RICHARD RAYBIN, an individual; LIFETIME)    Room;   Clerk's Office, 16th Flr.
18  CAPITAL GROUP, an unknown entity;      )
    VICTORIA PICOLOTTI, an individual;     )
19                                         )
                    Defendants.            )
20                                         )
                                           )
21  _____   )

22

        Plaintiff Norca Industrial Inc. ("Norca"), through its counsel, moves this Court pursuant
23
     to Local Rules 7-11 and 79-5 for leave to file documents under seal in support of its Application
24
     for a Temporary Restraining Order, an Order for Expedited Discovery and an Order to Show
25
     Cause Re. Preliminary Injunction.
26

27

28  PLAINTIFF NORCA'S EX PARTE REQUEST TO FILE SEALED DOCUMENTS - Case No. C 07 3425 EDL
    S:\Clients\Norca\8049.15 (Wren)\pld\mmb-request-seal-063007.wpd

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

                                    1

1    Portions of the exhibits attached to the declaration of Selim Bahar submitted in support of

2    Norca's Application contain trade secrets and other confidential information. *See* Declaration of

3    Selim Bahar in Support of Application for Temporary Restraining Order, Preliminary Injunction

4    and Expedited Discovery ("Bahar Decl."), ¶15, Ex. D-L   Norca hereby requests leave of the

5    Court to file the declaration of Selim Bahar with the unredacted set of exhibits attached under

6    seal.

7

8    DATED:  July 2, 2007                          PHILLIPS, ERLEWINE & GIVEN LLP

9

10                                                 By:_____

11                                                     R. SCOTT ERLEWINE
                                                       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFF NORCA'S EX PARTE REQUEST TO FILE SEALED DOCUMENTS - Case No. C 07 3425 EDL
     S:\Clients\Norca\8049.15 (Wren)\pld\mmb-request-seal-063007.wpd

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

2