IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual;<br><br>    Defendants.<br>                                       / | No. C 07-03425 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

    A hearing on plaintiff's ex parte application for a temporary restraining order will be held on **TUESDAY, JULY 3, 2007, AT 3:30 P.M.** Defendants are encouraged to file a memorandum in opposition to plaintiff's application as soon as possible.

    **IT IS SO ORDERED.**

Dated: July 2, 2007.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE