R. SCOTT ERLEWINE (State Bar No. 095106)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff
NORCA INDUSTRIAL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual;<br><br>    Defendants. | CASE NO.  C 07 3425 EDL<br><br>**PLAINTIFF NORCA INDUSTRIAL INC.'S REQUEST FOR SEALING**<br><br>Date:  July 2, 2007<br>Time:  10:00 a.m.<br>Room;  Clerk's Office, 16th Flr. |

Plaintiff Norca Industrial Inc. ("Norca"), through its counsel, moves this Court pursuant to Local Rules 7-11 and 79-5 for leave to file documents under seal in support of its Application for a Temporary Restraining Order, an Order for Expedited Discovery and an Order to Show Cause Re. Preliminary Injunction.

---

PLAINTIFF NORCA'S EX PARTE REQUEST TO FILE SEALED DOCUMENTS - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-request-seal-063007.wpd

1

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

1  Portions of the exhibits attached to the declaration of Selim Bahar submitted in support of
2  Norca's Application contain trade secrets and other confidential information.  *See* Declaration of
3  Selim Bahar in Support of Application for Temporary Restraining Order, Preliminary Injunction
4  and Expedited Discovery ("Bahar Decl."), ¶15, Ex. D-L   Norca hereby requests leave of the
5  Court to file the declaration of Selim Bahar with the unredacted set of exhibits attached under
6  seal.

8  DATED:  July 2, 2007                               PHILLIPS, ERLEWINE & GIVEN LLP

10                                                                    By: _____
                                                                              R. SCOTT ERLEWINE
11                                                                        Attorneys for Plaintiff

28  PLAINTIFF NORCA'S EX PARTE REQUEST TO FILE SEALED DOCUMENTS - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-request-seal-063007.wpd

2