R. SCOTT ERLEWINE (State Bar No. 095106)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff
NORCA INDUSTRIAL, LLC

ORIGINAL FILED
07 JUL -2 AM 10: 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual;<br><br>　　　　　Defendants. | CASE NO.   C 07 3425 EDL<br><br>**PLAINTIFF NORCA INDUSTRIAL INC.'S MOTION AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**<br><br>Date:　July 2, 2007<br>Time:　10:00 a.m.<br>Room;　Clerk's Office, 16th Flr. |

Plaintiff Norca Industrial Inc. ("Norca"), through its counsel, moves this Court pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1, for the entry of a Temporary Restraining Order and an Order to Show Cause Re Preliminary Injunction restraining and enjoining defendants Robert Wren, Primrose Metals, Inc., Richard Raybin, Lifetime Capital

PLAINTIFF NORCA'S EX PARTE APPLICATION FOR A TRO & OSC RE PRELIMINARY INJUNCTION & FOR AN ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-application-tro-062907.v2.wpd

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

1

Group and Victoria Picolotti (collectively referred to as "defendants") and each of them, and each of their agents, servants, employees, attorneys, entities working with defendants, and those in active concert and participation with them, including but not limited to Primrose Alloys, Inc., from directly or indirectly:

    a. contacting, obtaining quotes, contracting with, accepting deliveries from or doing business with Changwon (now "Posco Specialty Steel Co. Ltd.") directly or through intermediaries;

    b. disseminating, disclosing or using for any purpose plaintiff's confidential and proprietary information and/or trade secrets including, but not limited to:

        i. Norca's pricing information, pricing strategies, pricing formulation methods and profit margins;

        ii. Norca's proprietary credit insurance program;

        iii. The list of manufacturing facilities used by Norca and the specific contact person at each; the identities of the intermediaries used by Norca to contact and negotiate with each such facility and the specific contact person for each; the credit, payment terms, shipping, insurance and other requirements demanded or accepted by each such facility; and Norca's evaluation of the expertise, competence and reliability of each facility to manufacture particular types of products to specification in a timely fashion;

        iv. The list of Norca's customers and the specific contact names for each, the product specifications and requirements for each and Norca's working knowledge of the decision-making process for each customer;

        v. Norca's proprietary software, which contains, among other things, Norca's entire "trading package" with respect to the non-boiler tube business.

    c. contacting or soliciting the companies on Norca's confidential list of customers and suppliers;

PLAINTIFF NORCA'S EX PARTE APPLICATION FOR A TRO & OSC RE PRELIMINARY INJUNCTION & FOR AN ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-application-tro-062907.v2.wpd

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

2

d. representing that defendants, or any of them, have "replaced" Norca or referring to Norca's customers and/or suppliers as defendants';

e. quoting, entering into or performing any contract derived from a request for quote pre-dating defendant Wren's termination;

f. using the telephone and facsimile numbers (650) 344-3291 and (650) 344-9241 or representing that these numbers belong to defendants;

g. publishing any of the text appearing on www.NORCA.com or language substantially identical thereto on any website, including but not limited to www.primrosemetals.com, or in any of defendants' advertisements or promotional materials;

h. disposing of or destroying any documents, records, files, proposals, invoices, bills, customer lists, contact lists, ledgers, computer files, computer discs, correspondence or other information sources, which contain or may contain any of defendants' information regarding solicitation or servicing of Norca's customers or suppliers or any of Norca's confidential and proprietary information and/or trade secrets set forth in subsection (b) above or defendants' use or dissemination thereof.

Norca also requests that this Court continue the Temporary Restraining Order in full force and effect through and including a hearing before this Court on Norca's request for entry of a preliminary injunction, and set such a hearing at a date convenient for the Court.

Finally, Norca requests that this Court grant Norca leave to commence discovery immediately in preparation for the preliminary injunction hearing and to conduct depositions of defendants and Primrose Alloys, Inc., on five court days's notice, to propound written discovery upon defendants requesting written responses and the production of documents within five court days after service of the request, and to serve a subpoena directed to Primrose Alloys, Inc. requesting written responses and the production of documents within five court days.

PLAINTIFF NORCA'S EX PARTE APPLICATION FOR A TRO & OSC RE PRELIMINARY INJUNCTION & FOR AN ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-application-tro-062907.v2.wpd

3

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
415) 398-0900

1   This application is based on this Application, the memorandum of points and authorities,
2   declarations of Selim Bahar, Robert Blumenkrantz and Counsel and exhibits thereto submitted
3   herewith, the Complaint and such arguments that may be presented at a hearing on this matter.

5   DATED: July 2, 2007                                PHILLIPS, ERLEWINE & GIVEN LLP

7                                                     By: _____
8                                                          R. SCOTT ERLEWINE
                                                           Attorneys for Plaintiff

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

PLAINTIFF NORCA'S EX PARTE APPLICATION FOR A TRO & OSC RE PRELIMINARY INJUNCTION & FOR AN ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\mmb-application-tro-062907.v2.wpd

4