R. SCOTT ERLEWINE (State Bar No. 095106)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff
NORCA INDUSTRIAL, LLC

ORIGINAL
FILED
07 JUL -2 AM 10:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORCA INDUSTRIAL, LLC, a New York Limited Liability Company,

Plaintiff,

v.

ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual;

Defendants.

CASE NO. C 07 3425 EDL

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Date: July 2, 2007
Time: 10:00 a.m.
Room: Clerk's Office, 16th Flr.

R. SCOTT ERLEWINE declares:

1. I am a member of Phillips, Erlewine & Given LLP, counsel for defendant Norca Industrial LLC (hererafter "Norca") in this action. The facts set forth in this declaration are based upon my personal knowledge, except where stated to be on information and belief, and as to those, I believe it to be true.

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

COUNSEL DECL. ISO APP. FOR TRO/PREL. INJ. - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\rse-counsel-decl-062707.wpd

2.      Within the past week, I visited the www.networksolutions.org internet website, and clicked onto the "WHOIS" page. In my experience, this page permits someone to search out the registration and contact information for a website by typing in its internet domain address. I typed in the internet domain address "primrosemetals.com." Attached hereto as exhibit A is a true and correct copy of the result of that search inquiry. It states that "Lifetime Capital Group" is the registrant and contact person for primrosemetals.com. It also states that the domain was registered on June 6, 2007.

3.      I then conducted a Google search for "Lifetime Capital Group." The search disclosed a listing for Richard Raybin at linkedin.com. I clicked on that link, which called up a page devoted to Richard Raybin. Attached hereto as Exhibit B are true and correct copies of that search result and the linked page. Exhibit B lists Mr. Raybin as a principal of Lifetime Capital Group. It also lists Mr. Raybin as being associated with a entity named "Front Line Consulting Group." Based on the foregoing, I am informed and believe that the internet address "rraybin@flcg.com" (as appearing in several of the e-mails attached to Mr. Bahar's declaration submitted herewith) is for Richard Raybin at Front Line Consulting Group.

4.      I also conducted an online Westlaw search for the corporate registration of Primrose Metal, Inc. Attached hereto as Exhibit C is a true and correct copy of that search result.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 29, 2007

R. Scott Erlewine

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

COUNSEL DECL. ISO APP. FOR TRO/PREL. INJ. - Case No. C 07 3425 EDL
S:\Clients\Norca\8049.15 (Wren)\pld\rse-counsel-decl-062707.wpd

2

NetworkSolutions.

Login

Your cart

# WHOIS Search Results

## WHOIS Record For

IMAGE NOT AVAILABLE

**primrosemetals.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Visit AboutUs.org for more information about PRIMROSEMETALS.COM AboutUs: PRIMROSEMETALS.COM

**Registrant:**
Lifetime Capital Group
ATTN: PRIMROSEMETALS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** PRIMROSEMETALS.COM

**Administrative Contact :**
Lifetime Capital Group
xu7mp6pq7du@networksolutionsprivateregistration.com
ATTN: PRIMROSEMETALS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Lifetime Capital Group
xu7mp6pq7du@networksolutionsprivateregistration.com
ATTN: PRIMROSEMETALS.COM
c/o Network Solutions

10 Let us t to the t major search e

Guaranteed top ten placement

Choose Your Domair Provider Wisely and Domains for $9.99/yr

Maximize Results fro Commerce Store: Do our *8 Steps to Succe Selling Online*

**EXHIBIT A**

P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Record expires on** 06-Jun-2008
**Record created on** 06-Jun-2007
**Database last updated on** 06-Jun-2007

**Domain servers in listed order:**

Manage DNS

| | |
|---|---|
| NS87.WORLDNIC.COM | 205.178.190.44 |
| NS88.WORLDNIC.COM | 205.178.189.44 |

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 205.178.145.65 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-KANSAS-FT. LEAVENWORTH |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Data as of:** | 14-Jun-2005 |

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA**

primrosemet... ☑ .or
primrosemet... ☑ .in
primrosemet... ☑ .m
primrosemet... ☑ .bi
primrosemet... ☑ .tv
primrosemet... ☑ .us
primrosemet... ☑ .cc
primrosemet... ☑ .ws
primrosemet... ☑ .bz
primrosemet... ☑ .vg
primrosemet... ☑ .gs
primrosemet... ☑ .tc
primrosemet... ☑ .m

Continue »

SEARCH AGAIN

e.g. networksolutions.co

Search by:
- (selected) Domain Name
- NIC Handle
- IP Address

**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go

**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**

Go

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Wel

© Copyright 2007 Network Solutions. All rights reserved.

Web Images Video News Maps Gmail more ▼

Sign in

Google

"lifetime capital group" Search Advanced Search Preferences

**Web** Results **1** - **2** of **2** for "**lifetime capital group**". (**0.06** seconds)

Tip: Try removing quotes from your search to get more results.

LinkedIn: Rick Raybin
Managing Director at **Lifetime Capital Group ... Lifetime Capital Group**. (Privately Held; 1-10 employees; Investment Management industry) ...
www.linkedin.com/in/rraybin - 17k - Cached - Similar pages

LinkedIn Directory
Current: Managing Director, **Lifetime Capital Group**. Past: Principal at Front Line Consulting Group Consultant at Richard A Raybin & Associates ...
www.linkedin.com/find/in/r/r85.html - 27k - Cached - Similar pages
[ More results from www.linkedin.com ]

*In order to show you the most relevant results, we have omitted some entries very similar to the 2 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Try Google Desktop: search your computer as easily as you search the web.

"lifetime capital group" Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**EXHIBIT B**

This is Google's cache of http://www.linkedin.com/in/rraybin as retrieved on Jun 15, 2007 06:14:55 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:G4_Mc5MaIVoJ:www.linkedin.com/in/rraybin+%22lifetime+capital+group%22&hl=en&ct=clnk&cd=1&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **lifetime capital group**

# Rick Raybin

**Financial Advisor**
San Francisco Bay Area

**Current**
- **Managing Director at Lifetime Capital Group**

**Past**
- Principal at Front Line Consulting Group
- Consultant at Richard A Raybin & Associates (Self-employed)
- CFO at The RREEF Funds

**Education**
- Columbia University - Columbia Business School
- Bowdoin College

**Connections** 13 connections

**Industry** Investment Management

**Websites**
- My Company

## Rick Raybin's Summary

My mission is to have a huge positive impact on the people I work with by helping them enjoy the financial security that frees them to fulfill their dreams in a way that engenders trust, confidence and peace of mind.

Helping individuals create comprehensive financial strategies based on what is truly important to them is one of the most important aspects of my business. Helping them succeed by motivating and encouraging them to fulfill their dreams is another. And I free them from time consuming distractions by implementing their strategies.

I embrace the duty of putting their interests first, to act in good faith and with care, candor, and loyalty in helping them.

Building on this foundation, I work with leading experts in key financial disciplines, including world renown investment scientists to provide investment programs that have a demonstrated track record of outstanding performance; nationally recognized estate and tax planning experts; risk management experts, CPAs and estate attorneys.

Beginning as a CPA with Coopers & Lybrand (now PriceWaterhouseCoopers) and working as the Chief Financial Officer of an investment advisor to many of the largest pension plans in the US, I have a deep understanding of finance, financial strategies and the most effective investment programs.

Rick Raybin's Specialties:

investment strategies based on state-of-the-art investment research by leading financial economists, financial and estate planning, wealth management

## Rick Raybin's Experience

### Managing Director

**Lifetime Capital Group**

(Privately Held; 1-10 employees; Investment Management industry)

April 2006 — Present (1 year 3 months)

Help clients enjoy peace of mind and financial security throughout their lives by providing them with prudent financial strategies including financial planning and customized investment portfolios and advice on related financial products

### Principal

**Front Line Consulting Group**

(Privately Held; 1-10 employees; Financial Services industry)

October 1996 — March 2004 (7 years 6 months)

Strategic planning and consulting on financial operations, reporting and information systems to private companies

### Consultant

**Richard A Raybin & Associates (Self-employed)**

(Self-Employed; Myself Only; Financial Services industry)

September 1990 — September 1996 (6 years 1 month)

Strategic Planning, Interim CFO and other consulting services to privately held companies

### CFO

**The RREEF Funds**

(Privately Held; 201-500 employees; Investment Management industry)

April 1979 — June 1990 (11 years 3 months)

Responsible for all aspects of financial management, investor reporting and information systems
Liaison to industry groups, including founding and Chmn of National Council of Real Estate Fiduciaries (NCREIF) 1982 - 1984

## Rick Raybin's Education

**Columbia University - Columbia Business School**

MBA, Finance, Accounting, 1973 — 1975

**Bowdoin College**

AB, Economics, 1969 — 1973

*Activities and Societies:* Tennis Team, DKE

## Additional Information

**Rick Raybin's Websites:**

My Company

**Rick Raybin's Interests:**

competitive tennis, travel, family & good friends

**Rick Raybin's Honors:**

Chairman of National Council of Real Estate Investment Fiduciaries, Treasurer of Friends of SF Public Library, VP Finance of Hillsborough Schools Foundation

Westlaw.

CA03001425

CA03001425

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 06/19/2007 |
| Database Last Updated: | 06-19-2007 |
| Update Frequency: | WEEKLY |
| Current Date: | 06/20/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | PRIMROSE METALS, INC. |
| Care of Name: | CARR & FERRELL |
| Address: | 2200 GENG ROAD<br>PALO ALTO, CA 94303 |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | C3001425 |
| Filing Date: | 06/08/2007 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION<br>1500-11TH STREET<br>SACRAMENTO, CA 95814 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | NEAL M WILLIAMS |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT C

Address: 2200 GENG ROAD STE 101
PALO ALTO, CA 94303

**TAX INFORMATION**

Franchise Tax Details:
Status: GOOD STANDING

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.