STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:   (650) 812-3400
Facsimile:    (650) 812-3444

Attorneys for Defendants
PRIMROSE METALS, INC., RICHARD
RAYBIN, and LIFETIME CAPITAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WREN, an individual, PRIMROSE METALS, INC., a California corporation, RICHARD RAYBIN, an individual, LIFETIME CAPITAL GROUP, an unknown entity, and VICTORIA PICOLOTTI, an individual,<br><br>Defendants. | CASE NO. C 07-3425 WHA<br><br>DECLARATION OF RICHARD RAYBIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>Date:   July 3, 2007<br>Time:  3.30 p.m.<br>Court:  Courtroom 9, 19th Floor<br>Judge:  Hon. William H. Alsup |

I, the undersigned, RICHARD A. RAYBIN, declare as follows:

1.   I am a defendant in this action, and I live and work in San Mateo County, California. Except where so indicated, the facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2.   I am the principal of Lifetime Capital Group ("LCG"), under which name I conduct my business as a financial advisor.  That business involves, among other things, providing clients with prudent investment strategies, including financial planning and customized investment

-2-

portfolios and advice related to financial products. LCG has nothing whatsoever to do with Norca Industrial, LLC ("Norca"), Robert Wren ("Wren"), or any business engaged in the metal industry.

3. Primrose Metals, Inc. ("Metals") is an entity that I incorporated to serve as the vehicle for a business venture between me and Wren, focusing on importing metal products. After Metals was incorporated on or about June 8, 2007, a disagreement arose between me and Wren, as a result of which Wren withdrew from the proposed joint business venture. On information and belief, Wren then set up Primrose Alloys, Inc. ("Alloys") as an alternative vehicle for the business venture. Since Wren's withdrawal from the business venture with me, Metals has had nothing whatsoever to do with Norca, Wren, Alloys, or any business engaged in the metal industry. I do not have, and have never had, any ownership or other interest in Alloys.

4. I have read the complaint in the action. I generally deny all of the allegations of misconduct that are made by Norca against me, Metals, and LCG. I specifically deny that I have disclosed or used or otherwise misappropriated any trade secret vendor, customer, or other information of Norca. Moreover, I have not communicated with any vendor or customer of Norca.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this July          2007.

                                                RICHARD A. RAYBIN