IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual,<br><br>    Defendants.<br>_____ / | No. C 07-03425 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

For all of the reasons stated on the record at the hearing, plaintiff's application for a temporary restraining order is **DENIED**. Due to equities in plaintiff's favor, the expedited discovery schedule leading up to a hearing on a motion for preliminary injunction is in effect as set forth on the record at the hearing. A hearing on the motion for preliminary injunction will be held on **SEPTEMBER 6, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 5, 2007.

                                                            WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE