UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 3, 2007</u>

Case No.  <u>C 07-03425 WHA</u>

Title: <u>NORCA INDUSTRIAL</u>  v. <u>WREN</u>

Plaintiff Attorneys: R. Scott Erlewine; Meagan McKinley-Ball

Defense Attorneys: Brent Finch; Stuart Clark

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Jim Yeomans</u>

**PROCEEDINGS**

1)  <u>TRO and OSC re Preliminary Injunction - HELD</u>

2)  <u>                                                           </u>


Continued to <u> 9/6/07 at 8:00 am </u>  for Motion/Case Management Conference

Continued to <u>   </u> for Pretrial Conference

Continued to <u>   </u> for Trial

**ORDERED AFTER HEARING:**

Court set an expedited discovery schedule and put a protective order in place for all documents.

Case management conference shall be held at the time of the hearing on the motion for preliminary injunction on 9/6/07.