1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2 | Dated: July 26, 2007          PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE

Attorneys for Plaintiff
NORCA INDUSTRIAL LLC

Dated: July 25, 2007          STONE ROSENBLATT & CHA

By: _____
JOHN S. CHA

Attorneys for Defendants
ROBERT WREN, VICTORIA PICOLOTTI,
PRIMROSE ALLOYS, INC., and CRAIG YARDE

Dated: July 25, 2007          CARR & FERRELL LLP

By: _____
STUART C. CLARK

Attorneys for Defendants
PRIMROSE METALS, INC., RICHARD RAYBIN,
and LIFETIME CAPITAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HON. WILLIAM ALSUP
United States District Judge

-13-
Stipulated Protective Order
(Case No. C07-3425 WHA)