1  R. SCOTT ERLEWINE (State Bar No. 095106)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff
   NORCA INDUSTRIAL, LLC

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  NORCA INDUSTRIAL, LLC, a New York      )   CASE NO.  C 07 3425 WHA
    Limited Liability Company,             )
14                                         )
                    Plaintiff,             )   **[PROPOSED] ORDER**
15                                         )   **GRANTING PLAINTIFF NORCA**
    v.                                     )   **INDUSTRIAL, LLC'S REQUEST**
16                                         )   **FOR SEALING OF DOCUMENTS**
    ROBERT WREN, an individual; PRIMROSE   )
17  METALS, INC., a California corporation;)
    RICHARD RAYBIN, an individual; LIFETIME)
18  CAPITAL GROUP, an unknown entity;      )
    VICTORIA PICOLOTTI, an individual;     )
19                                         )
                    Defendants.            )
20                                         )
    _____    )
21

**PHILLIPS, ERLEWINE**
**& GIVEN LLP**
**One Embarcadero Center**
**Suite 2350**
**San Francisco, CA 94111**
**(415) 398-0900**

[PROPOSED] ORDER GRANTING SEALING - Case No. C 07 3425 WHA

S:\Clients\Norca\8049.16 (Wren)\pld\prop ord-sealing-072307

1  On June 30, 2007, plaintiff Norca Industrial, LLC filed its Administrative Motion to File Documents Under Seal as part of its Ex Parte Application for Temporary Restraining Order and Preliminary Injunction and for Expedited Discovery. The documents requested to be sealed consist of Exhibits D-L to the Declaration of Selim Bahar filed in Support of the Application.

The Court finds good cause to grant Plaintiff's Motion to File Under Seal pursuant to Local Rules 7-11 and 79-5, since portions of the above-referenced exhibits contain alleged trade secrets and/or other confidential information. Accordingly, the Clerk shall file the above-referenced exhibits submitted by plaintiff under seal.

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: _____    _____
                           UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

[PROPOSED] ORDER GRANTING SEALING - Case No. C 07 3425 WHA

S:\Clients\Norca\8049.16 (Wren)\pld\prop ord-sealing-072307    1