R. SCOTT ERLEWINE (State Bar No. 095106)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff
NORCA INDUSTRIAL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York Limited Liability Company,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT WREN, an individual; PRIMROSE METALS, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual;<br><br>               Defendants. | CASE NO.  C 07 3425 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NORCA INDUSTRIAL, LLC'S REQUEST FOR SEALING OF DOCUMENTS** |

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

[PROPOSED] ORDER GRANTING SEALING - Case No. C 07 3425 WHA

S:\Clients\Norca\8049.16 (Wren)\pld\prop ord-sealing-072307

1  On June 30, 2007, plaintiff Norca Industrial, LLC filed its Administrative Motion to File
2  Documents Under Seal as part of its Ex Parte Application for Temporary Restraining Order and
3  Preliminary Injunction and for Expedited Discovery.  The documents requested to be sealed
4  consist of Exhibits D-L to the Declaration of Selim Bahar filed in Support of the Application.
5  The Court finds good cause to grant Plaintiff's Motion to File Under Seal pursuant to
6  Local Rules 7-11 and 79-5, since portions of the above-referenced exhibits contain alleged trade
7  secrets and/or other confidential information.  Accordingly, the Clerk shall file the above-
8  referenced exhibits submitted by plaintiff under seal.

9  **ORDER**

10  IT IS SO ORDERED.

12  Dated: __July 31, 2007____                    _____
                                                  UNITED STATES DISTRICT JUDGE

[Signature stamp: IT IS SO ORDERED / Judge William Alsup]

---

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

[PROPOSED] ORDER GRANTING SEALING - Case No. C 07 3425 WHA

S:\Clients\Norca\8049.16 (Wren)\pld\prop ord-sealing-072307     1