1  R. SCOTT ERLEWINE (State Bar No. 095106)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff
   Norca Industrial, LLC
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 NORCA INDUSTRIAL, LLC, a New York      )   NO.   C 07 3425 WHA
   Limited Liability Company,             )
13                                         )   **STIPULATION OF DISMISSAL
                 Plaintiff,                )   WITH PREJUDICE AS TO
14                                         )   DEFENDANTS ROBERT WREN,
   v.                                      )   PRIMROSE ALLOYS, INC.,
15                                         )   CRAIG YARDE, STEVE SONG
   ROBERT WREN, an individual; PRIMROSE    )   AND VICTORIA PICCOLOTTI**
   METALS, INC., a California corporation; )
16 RICHARD RAYBIN, an individual; LIFETIME )
   CAPITAL GROUP, an unknown entity;       )
17 VICTORIA PICOLOTTI, an individual;      )
   PRIMROSE ALLOYS, INC., a California     )
18 corporation, CRAIG YARDE, an individual;)
   STEVE SONG, an individual               )
19                                         )
                 Defendants.               )
20                                         )
                                           )
21 _____)

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION FOR DISMISSAL. C 07 3425 WHA
S:\Clients\Norca\8049.16 (Wren)\pld\stip for dismissal-wren-080907.wpd

1       IT IS HEREBY STIPULATED by and between plaintiff Norca Industrial LLC and defendants Robert Wren, Primrose Alloys, Inc., Craig Yarde and Victoria Piccolotti, by and through their counsel of record, that the above-captioned action be dismissed with prejudice solely as to defendants Robert Wren, Primrose Alloys, Inc., Craig Yarde, Victoria Piccolotti and Steve Song pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), with each party to bear its own costs and attorneys' fees.

DATED: August 10, 2007        PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE
Attorneys for Plaintiff Norca Industrial LLC

DATED: August 9, 2007        STONE ROSENBLATT & CHA

By: _____
JOHN S. CHA
Attorneys for Defendants Robert Wren, Primrose Alloys, Inc., Craig Yarde and Victoria Piccolotti

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION FOR DISMISSAL. C 07 3425 WHA
S:\Clients\Norca\8049.16 (Wren)\pld\stip for dismissal-wren-080907.wpd

2