# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Norca Industrial, LLC,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Wren,<br><br>             Defendant(s). | 07-03425 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03425 WHA                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 20, 2007

               RICHARD W. WIEKING
               Clerk
               by:   Timothy J. Smagacz

               */s/ Timothy Smagacz*
               _____
               ADR Administrative Assistant
               415-522-4205
               Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03425 WHA                                    -2-

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Norca Industrial, LLC v. Wren

Case Number:    07-03425 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 20, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Meagan Marina McKinley-Ball
>   Phillips, Erlewine & Given LLP
>   One Embarcadero Center
>   Suite 2350
>   San Francisco, CA 94111
>   mmb@phillaw.com
>
>   Randy Scott Erlewine
>   Phillips Erlewine & Given LLP
>   One Embarcadero Center, Suite 2350
>   San Francisco, CA 94111
>   rse@phillaw.com
>
>   Brent M. Finch
>   Stone Rosenblatt Cha PLC.
>   21550 Oxnard Street
>   Main Plaza, Suite 200
>   Woodland Hills, CA 91367
>   bfinch@srclaw.com
>
>   John S. Cha

Stone Rosenblatt & Cha
21550 Oxnard St., Main Plaza, Suite 200
Woodland Hills, CA 91367
jcha@srclaw.com

Gregg S. Garfinkel
Stone Rosenblatt & Cha
21550 Oxnard Street
Main Plaza-Suite 200
Woodland Hills, CA 91367
ggarfinkel@srclaw.com

Stuart C. Clark
Carr & Ferrell LLP
2200 Geng Road
Suite 200
Palo Alto, CA 94303
sclark@carrferrell.com

Primrose Alloys, Inc.
,

Craig Yarde
,

Steve Song
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov