1  R. SCOTT ERLEWINE (State Bar No. 095106)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff
   Norca Industrial, LLC
6

7

8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 NORCA INDUSTRIAL, LLC, a New York      )  NO.   C 07 3425 WHA
   Limited Liability Company,             )
13                                        )  STIPULATION OF DISMISSAL
                Plaintiff,                )  WITH PREJUDICE AS TO
14                                        )  DEFENDANTS PRIMROSE
       v.                                 )  METALS, INC., RICHARD
15                                        )  RAYBIN AND LIFETIME
   ROBERT WREN, an individual; PRIMROSE   )  CAPITAL GROUP
   METALS, INC., a California corporation;)
16 RICHARD RAYBIN, an individual; LIFETIME)
   CAPITAL GROUP, an unknown entity;      )
17 VICTORIA PICOLOTTI, an individual;     )
   PRIMROSE ALLOYS, INC., a California    )
18 corporation, CRAIG YARDE, an individual;)
   STEVE SONG, an individual              )
19                                        )
                Defendants.               )
20                                        )
                                          )
21

22

23     WHEREAS, the undersigned parties have reached an agreement settling the dispute which

24 forms the subject of this action (the "Agreement"); and

25     WHEREAS, the Agreement provides, among other things, that this action shall be

26 dismissed with prejudice, with each party to bear its own attorneys' fees and costs, and that this

27 Court shall retain jurisdiction to interpret and enforce the Agreement, and to resolve any disputes

28

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION FOR DISMISSAL. C 07 3425 WHA
S:\Clients\Norca\8049.16 (Wren)\pld\stip for dismissal - 073107.wpd

1 arising with respect to the performance or non-performance by the parties of their obligations
2 under the Agreement;

3     NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff Norca
4 Industrial LLC and defendants Primrose Metals, Inc., Richard Raybin and Lifetime Capital Group,
5 by and through their counsel of record, that the above-captioned action be dismissed with
6 prejudice solely as to defendants Primrose Metals, Inc., Richard Raybin and Lifetime Capital
7 Group pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), with each party to bear its/his
8 own costs and attorneys' fees.

9     IT IS HEREBY FURTHER STIPULATED that the Hon. William H. Alsup, or such other
10 District Judge or Magistrate Judge who may be assigned to the case, shall retain exclusive
11 jurisdiction to interpret and enforce each and every provision of the Agreement, and to adjudicate
12 any disputes relating to the performance or non-performance by any party to the Agreement of
13 its/his obligations under the Agreement, and for all other purposes relating to the Agreement.

15 DATED: August 21, 2007                PHILLIPS, ERLEWINE & GIVEN LLP

17                                        By: _____
18                                        R. SCOTT ERLEWINE
                                          Attorneys for Plaintiff NORCA INDUSTRIAL LLC

20 DATED: August 10, 2007                CARR & FERRELL LLP

22                                        By: _____
                                          STUART C. CLARK
23                                        Attorneys for Defendants Primrose Metals, Inc.,
                                          Richard Raybin and Lifetime Capital Group

25 IT IS SO ORDERED.

27 DATED: _____        _____
28                                        UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION FOR DISMISSAL. C 07 3425 WHA
S:\Clients\Norca\8049.16 (Wren)\pld\stip for dismissal - 073107.wpd

2