IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCA INDUSTRIAL, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT WREN, an individual; PRIMROSE METAL, INC., a California corporation; RICHARD RAYBIN, an individual; LIFETIME CAPITAL GROUP, an unknown entity; VICTORIA PICOLOTTI, an individual; PRIMROSE ALLOYS, INC., a California corporation, CRAIG YARDE, an individual; STEVE SONG, an individual,<br><br>    Defendants.<br>                                                                / | No. C 07-03425 WHA<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court approves parties' stipulation of dismissal with prejudice as to Primrose, Metals, Inc., Richard Raybin, and Lifetime Capital Group. The Court will not, however, retain jurisdiction to interpret, enforce, or resolve disputes regarding the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: August 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE